UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
(ATLANTA DIVISION)

| | |
|---|---|
| In re:<br><br>IPCS Inc.,<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 03-62695 (WHD) |

NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF
PAPERS PURSUANT TO § 1109(b) OF THE
BANKRUPTCY CODE AND BANKRUPTCY RULES 2002(g) and 9010

　　　　　NOTICE IS HEREBY GIVEN pursuant to § 1109(b) of title 11 of the United States Code ("Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") that Lowenstein Sandler PC appears for and on behalf of AT&T Corp., a creditor of the above-captioned Debtor and party-in-interest in this bankruptcy case.

　　　　　**NOTICE IS FURTHER GIVEN** that AT&T Corp. requests that all notices given or required to be given in the above-captioned chapter 11 cases (including, but not limited to, all papers filed and served in all adversary proceedings in such case, and all notices mailed only to the statutory committees or their authorized agents, as such may be duly appointed or designated, and to creditors and equity security holders who file with the Court and request that all notices be mailed to them), be given to and served upon the following:

　　　　　　　　　　　　　　　　　　　　　LOWENSTEIN SANDLER PC
　　　　　　　　　　　　　　　　　　　　　65 Livingston Avenue
　　　　　　　　　　　　　　　　　　　　　Roseland, New Jersey 07068
　　　　　　　　　　　　　　　　　　　　　(973) 597-2500
　　　　　　　　　　　　　　　　　　　　　(973) 597-2400 fax
　　　　　　　　　　　　　　　　　　　　　Attn: Vincent D'Agostino, Esq.

12459/294
02/26/2003 1340761.01

E-mail: vdagostino@lowenstein.com

**NOTICE IS FURTHER GIVEN** that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraphs, telex or otherwise, that affect the above-captioned Debtor or Debtor-in-Possession or the property of such Debtor or Debtor's estate.

LOWENSTEIN SANDLER PC
Attorneys for AT&T Corp.


By:____/s/ Vincent A.D'Agostino____
Vincent A. D'Agostino, Esquire

65 Livingston Avenue
Roseland, New Jersey  07068
(973) 597-2500


Dated: February 26, 2003

12459/294
02/26/2003 1340761.01