ENTERED ON DOCKET
4-29-03
D. Dar

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 03-62695 |
| | : | |
| iPCS, Inc., | : | CHAPTER 11 |
| | : | |
| Debtor. | : | JUDGE DRAKE |
| | : | |
| IN RE: | : | CASE NO. 03-62696 |
| | : | (Jointly Administered Under Case |
| | : | No. 03-62695) |
| iPCS Wireless, Inc., | : | CHAPTER 11 |
| | : | |
| Debtor. | : | JUDGE DRAKE |
| | : | |
| IN RE: | : | CASE NO. 03-62697 |
| | : | (Jointly Administered Under Case |
| | : | No. 03-62695) |
| iPCS Equipment, Inc., | : | CHAPTER 11 |
| | : | |
| Debtor. | : | JUDGE DRAKE |

## ORDER SCHEDULING HEARING ON MOTION FOR ORDER APPROVING REJECTION OF AT&T COMMUNICATIONS INC. SERVICE AGREEMENT

The above-referenced jointly administered bankruptcy cases are before the Court on the Motion for Order Approving Rejection of AT&T Communications Inc. Service Agreement (iPCS Wireless) (the "AT&T Rejection Motion"), wherein, the Debtors' requested that the Court (a) schedule a hearing on the AT&T Rejection Motion; and (b) enter an order authorizing the rejection of certain Service Agreement by and between iPCS Wireless, Inc., as successor in interest to Illinois PCS, LLC and AT&T Communications, Inc. (the "Service Agreement") as of the date of the filing of the AT&T Rejection Motion.

PLEASE TAKE NOTICE a copy of the AT&T Rejection Motion, which includes the Service Agreement, is on file with the Clerk of the United States Bankruptcy Court for the Northern District of Georgia and may be reviewed during normal business hours at Room 1340 Richard B. Russell Federal Building, 75 Spring Street, Atlanta, Georgia 30303.

PLEASE TAKE FURTHER NOTICE AND IT IS HEREBY ORDERED that all objections to the AT&T Rejection Motion shall be filed within twenty (20) days after entry of this Order and Notice. All written objections shall be filed with the Clerk of the Bankruptcy

106084

Court at Room 1340, United States Courthouse, 75 Spring Street, Atlanta, Georgia 30303 and shall be served upon proposed counsel for the Debtors Gregory D. Ellis at Lamberth, Cifelli, Stokes & Stout, P.A. at 3343 Peachtree Road, Suite 550, Atlanta, Georgia 30326.

PLEASE TAKE FURTHER NOTICE AND IT IS FURTHER ORDERED that a hearing on the AT&T Rejection Motion and any objections thereto shall be held before the undersigned on **June 2**, 2003, at **10:30 a.m.**, in Courtroom **1403**, 75 Spring Street, Atlanta, Georgia. **In the event no objections are filed this Order shall stand approved as of the date of entry.**

IT IS FURTHER ORDERED that counsel for the Debtors shall serve this Order and Notice within three (3) business days after entry.

IT IS SO ORDERED, this **29** day of **April**, 2003.

_____
W. HOMER DRAKE, JR.
UNITED STATES BANKRUPTCY JUDGE

Order prepared and presented by:

LAMBERTH, CIFELLI, STOKES
& STOUT, P.A.
Attorneys for the Debtors

_____
   James C. Cifelli
   Georgia Bar No. 125750
   Gregory D. Ellis
   Georgia Bar No. 245310
   Laura E. Woodson
   Georgia Bar No. 775310
   M. Denise Dotson
   Georgia Bar No. 227230
3343 Peachtree Road, N.E.
East Tower, Suite 550
Atlanta, Georgia 30326
(404) 262-7373

2

106084

## DISTRIBUTION LIST

**Identification of parties to be served pursuant to BLR 9013-3(c)(2) NDGa.:**

M. Denise Dotson, Lamberth, Cifelli, Stokes & Stout, P.A., 3343 Peachtree Rd., NE, Suite 550, Atlanta, Georgia 30326

Jesse H. Austin, III, Paul, Hastings, Janofsky & Walker, 600 Peachtree Street NE, Suite 2400, Atlanta, GA 30308

Office of U.S. Trustee, 362 Richard B. Russell Federal Bldg., 75 Spring Street, SW, Atlanta, Georgia 30303

Jennifer Froneberger, AirGate PCS, 233 Peachtree Street, Suite 1700, Atlanta, GA 30303

Andrew N. Rosenberg, Paul, Weiss, Rifkind, Wharton & Garrison, LLP, 1285 Avenue of the Americas, New York, NY 10019-6064

106084

CASE NO.: 03-62695

COUNSEL IS SERVING:

*Karen McCormack* (signature)
Karen McCormack
Courtroom Deputy Clerk to Judge Drake
April 29, 2003