IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 03-62695 |
| | : | |
| iPCS, Inc., | : | CHAPTER 11 |
| | : | |
| Debtor. | : | JUDGE DIEHL |
| _____ | : | |
| | : | |
| IN RE: | : | CASE NO. 03-62696 |
| | : | (Jointly Admin. Under Case No. 03-62695) |
| iPCS Wireless, Inc., | : | CHAPTER 11 |
| | : | |
| Debtor. | : | JUDGE DIEHL |
| _____ | : | |
| | : | |
| IN RE: | : | CASE NO. 03-62697 |
| | : | (Jointly Admin. Under Case No. 03-62695) |
| iPCS Equipment, Inc., | : | CHAPTER 11 |
| | : | |
| Debtor. | : | JUDGE DIEHL |
| _____ | : | |

**NOTICE OF WITHDRAWAL OF ADMINISTRATIVE EXPENSE AND EXECUTORY
CONTRACT CURE CLAIMS OF AT&T CORP.**

COMES NOW, AT&T Corp. ("AT&T"), by and through its attorneys of record, Lowenstein Sandler PC and Thompson, O'Brien, Kemp & Nasuti, PC, in accordance with the terms and conditions of a settlement agreement, dated June 10, 2005, entered into by and between the Debtor in this Chapter 11 case, AT&T, its affiliates and assigns and Contrarian Capital Trade Claims L.P., and hereby withdraws its Motion of AT&T For The Allowance And Payment of Administrative Expense Claim Pursuant To 11 U.S.C. §503(b), which is docket no. 353 and was filed on October 1, 2003.

AT&T also hereby withdraws its Notice of Amended Administrative Claim, which is docket no. 1103 and was filed on August 31, 2004.

AT&T also hereby withdraws its Notice of Cure Amounts Asserted By AT&T Corp., which is docket no. 1104 and was filed on August 31, 2004.

Respectfully submitted this **27th** day of **June, 2005**.

LOWENSTEIN SANDLER PC
Vincent A. D'Agostino, Esq.
Peter J. D'Auria, Esq.
65 Livingston Avenue
Roseland, New Jersey  07068
Phone:  973.597.2500
*Attorneys for AT&T Corp.*

and

THOMPSON, O'BRIEN, KEMP & NASUTI, PC

By:  /s/_____
    Ron C. Bingham, II. Esq.
    Georgia State Bar No. 057240
    40 Technology Parkway South, Suite 300
    Norcross, GA 30092
    Phone: 770.925.0111
    *Co-counsel for AT&T Corp.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 03-62695 |
| | : | |
| iPCS, Inc., | : | CHAPTER 11 |
| | : | |
|     Debtor. | : | JUDGE DRAKE |
| | : | |
| IN RE: | : | CASE NO. 03-62696 |
| | : | (Jointly Administered Under Case |
| | : | No. 03-62695) |
| iPCS Wireless, Inc., | : | CHAPTER 11 |
| | : | |
|     Debtor. | : | JUDGE DRAKE |
| | : | |
| IN RE: | : | CASE NO. 03-62697 |
| | : | (Jointly Administered Under Case |
| | : | No. 03-62695) |
| iPCS Equipment, Inc., | : | CHAPTER 11 |
| | : | |
|     Debtor. | : | JUDGE DRAKE |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the NOTICE OF WITHDRAWAL OF ADMINISTRATIVE EXPENSE AND EXECUTORY CONTRACT CURE CLAIMS OF AT&T CORP. was sent via first-class mail, postage prepaid to those parties listed below on this the **27th** day of **June, 2005**.

Gregory D. Ellis, Esq.
Lamberth, Cifelli, Stokes & Stout, P.A.
3343 Peachtree Rd.
East Tower, Suite 550
Atlanta, Georgia 30326

Andrew N. Rosenberg
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019

/s/_____
Ron C. Bingham, II
Ga Bar No. 057240

For the Firm of:
Thompson, O'Brien, Kemp & Nasuti, P.C.
40 Technology Parkway South
Suite 300
Norcross, Georgia 30092
(770) 925-0111
Attorneys for AT&T Corp.